UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| MICHAEL S. HICKOK AND NETIA M. HICKOK | CIVIL ACTION NO. 02-1504 |
| VERSUS | JUDGE MELANÇON |
| DIAMOND OFFSHORE DRILLING COMPANY, INC., ET AL | MAGISTRATE JUDGE METHVIN |

## JUDGMENT OF DISMISSAL

Before the Court is the parties' joint Motion to Dismiss [Rec. Doc. 51], notifying the Court that all issues, including third party and incidental claims and demands, have been compromised. Accordingly, it is

**ORDERED** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated.

**IT IS FURTHER ORDERED** that the parties are to submit to the Court a Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41 within thirty (30) days of entry of this judgment.

**THUS DONE AND SIGNED** this 1st day of November, 2007, at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE